Dismissed and Memorandum Opinion filed September 23,
2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00746-CR

____________

 

JOHN JOSEPH MARRERO, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 230th District Court

Harris County, Texas

Trial Court Cause No. 1249892

 



 

MEMORANDUM
OPINION

Appellant entered a guilty plea to robbery—bodily injury.  In
accordance with the terms of a plea bargain agreement with the State, the trial
court sentenced appellant on July 22, 2010, to confinement for two years in the
Institutional Division of the Texas Department of Criminal Justice.  Appellant
filed a pro se notice of appeal.  We dismiss the appeal. 

The trial court entered a certification of the defendant’s
right to appeal in which the court certified that this is a plea bargain case,
and the defendant has no right of appeal.  See Tex. R. App. P. 25.2(a)(2). 
The trial court’s certification is included in the record on appeal.  See
Tex. R. App. P. 25.2(d).  The record supports the
trial court’s certification.  See Dears v. State, 154 S.W.3d 610, 615
(Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal.  

 

PER CURIAM

 

Panel consists of Justices
Anderson, Frost, and Brown.

Do Not Publish — Tex. R. App. P. 47.2(b)